UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN PAUZA, *on behalf of herself and all others similarly situated*,<br><br>                               Plaintiff,<br>                -v-<br><br>KCG HOLDINGS, INC., et al.,<br><br>                               Defendants. | 17 Civ. 3885 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 30, 2020, the Court issued an Order to Show Cause, instructing plaintiff, by August 9, 2020, to show cause why this case should not be dismissed for failure to prosecute. Dkt. 32.  Plaintiff has not made any such filing.  Accordingly, the Court dismisses this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: August 17, 2020
       New York, New York